**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1383**

_____

MARINO ESTRADA-ORTIZ,

> Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

> Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  April 26, 2022                                Decided:  June 14, 2022

_____

Before WYNN and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

**ON BRIEF:** Buxton Reed Bailey, BUXTON R. BAILEY, P.C., Raleigh, North Carolina, for Petitioner.  Brian M. Boynton, Acting Assistant Attorney General, Julie M. Iversen, Senior Litigation Counsel, James A. Hurley, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marino Estrada-Ortiz, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals (Board) upholding the Immigration Judge's denial of a continuance and denying Estrada-Ortiz's request for cancellation of removal. We have reviewed the administrative record and Estrada-Ortiz's claims and conclude that the agency did not abuse its discretion in denying the motion to continue, *see Lendo v. Gonzales*, 493 F.3d 439, 441 (4th Cir. 2007), and that Estrada-Ortiz's due process claim fails because he has not demonstrated the requisite prejudice, *see Rusu v. INS,* 296 F.3d 316, 321-22 (4th Cir. 2002).[*] Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Estrada-Ortiz* (B.I.A. Mar. 9, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] Estrada-Ortiz does not contest the denial of his application for cancellation of removal.

2